UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

KENNETH C. LAMB
        Petitioner

  v.                                       **Judgment in a Civil Case**

D.R. STEPHENS

        Respondent                   Case Number: 5:10-HC-2161-D

**Decision by Court.**

This action came before the Honorable James C. Dever III, United States District Judge, for an initial review under 28 U.S.C. § 2243.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed.

This Judgment Filed and Entered on May 4, 2011, with service on:
Kenneth C. Lamb  42144-018, FCC - Coleman, P.O. Box 1032, Coleman, FL  33521 (via U.S. Mail)

May 4, 2011                                                /s/ Dennis P. Iavarone
                                                                                       Clerk